JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 0 2007

FILED
CLERK'S OFFICE

RECEIVED
USDC CLERK, CHARLESTON, SC

2007 JUN -5 A 10: 33

DOCKET NO. 1785

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS
LIABILITY LITIGATION

1:07cv244

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-10)

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1336 (J.P.M.L. 2006). Since that time, 109 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: _____
Deputy Clerk

## SCHEDULE CTO-10 -- TAG-ALONG ACTIONS
## DOCKET NO. 1785
## IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

ILLINOIS NORTHERN
ILN  1  07-1064                      James Van Arsdale v. Bausch & Lomb, Inc.

PUERTO RICO
PR   3  07-1295                      Marisol Torres-Figueroa v. Bausch & Lomb, Inc.
PR   3  07-1321                      Sharon Deliz-Velez v. Bausch & Lomb, Inc.

TEXAS EASTERN
TXE  1  07-244                       Thomas Michael Pouch, et al. v. Bausch & Lomb, Inc., et al.
~~TXE  6  07-201~~                   ~~Nancie Drake v. Bausch & Lomb, Inc.~~ Opposed 5/23/07

RECEIVED
WSBC-CLERK, CHARLESTON, SC
2007 JUN -5 A 10 33

## SCHEDULE A
### MDL 1785 - In Re Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation

**ILLINOIS NORTHERN**
James Van Arsdale v Bausch & Lomb, Inc C.A. No. 1:07-1064
*New C.A. No. 2:07-1566*

**PUERTO RICO**
Marisol torres-Figueroa v Bausch & Lomb, Inc C.A. No. 3:07-1295
*New C.A. No. 2:07-1567*
Sharon Deliz-Velez v Bausch & Lomb, Inc. C.A. No. 3:07-1321
*New C.A. No. 2:07-1568*

**TEXAS EASTERN**
Thomas Michael Pouch, et al. v Bausch & Lomb, Inc. C.A. No. 1:07-244
*New C.A. No. 2:07-1569*